IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICKY REIHART,** | **Civil No. 1:20-CV-379** |
| **Plaintiff,** | |
| v. | |
| **JRK ENTERPRISES, INC.,** | |
| **Defendant.** | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 30th day of September, 2022, upon consideration of Defendant JRK Enterprises, Inc.'s motion for summary judgment (Doc. 21), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows: the motion is **GRANTED** as to Plaintiff Vicky Reihart's sex discrimination claims and **DENIED** as to her age discrimination and retaliation claims.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge